AO 91 (Rev. 5/85) Criminal Complaint

**FILED**

JUN 0 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA

V.

Michael Ballard
372 Harvard Street
San Francisco, CA
DOB 3-7-75

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: **MEJ**

3 05 70379

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 23, 2005** in **San Francisco** county, in the **Northern** District of **California** defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally possess with intent to distribute a controlled substance, namely MDMA (methyldioxy methamphetamine)

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am a(n) **US Postal Inspector** and that this complaint is based on the following facts:

See Attached Affidavit of United States Postal Inspector Samuel A. Bracken, which is incorporated herein by reference.

MAXIMUM PENALTIES: 20 years imprisonment; $250,000 fine; 3 years of supervised release; $100 special assessment.

PROCESS REQUESTED: NO BAIL ARREST WARRANT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved As To Form: *(signature)* AUSA: Monica Fernandez

Name/Signature of Complainant: *(signature)* US Postal Inspector Samuel A. Bracken

Sworn to before me and subscribed in my presence,

6-1-05
Date

at San Francisco, California
City and State

Maria Elena James
United States Magistrate Judge
Name & Title of Judicial Officer

*(signature)*
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

# Affidavit In Support of Criminal Complaint

I, Samuel A. Bracken, after being duly sworn, do state the following:

1. I am a U.S. Postal Inspector employed by the San Francisco Division of the U.S. Postal Inspection Service (Inspection Service) and have been so employed since February 2004. I am sworn and empowered to investigate criminal activity involving the U.S. Postal Service (USPS). I am currently assigned to the San Francisco Division Narcotics Investigation Team. My duties include the investigation of the mailing of narcotics and controlled substances. I have received formal training from the Inspection Service which includes the investigation of crimes perpetuated through the US Mails. I have participated in numerous investigations involving the shipping and receiving of controlled substances through the US Mails. In particular, I have worked on cases involving the mailing of controlled substances in Express Mail and Priority parcels. I have interviewed witnesses and cooperating individuals regarding illegal trafficking of drugs and have read official reports of other agents. I have been a case agent in charge of specific investigations involving drug trafficking.

2. This affidavit is made in support of a criminal complaint and warrant to arrest MICHAEL BALLARD, SSN 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, DOB 3-7-1975 for violation of Title 21 U.S.C. Section 841(a) (1), which makes it a crime to knowingly or intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

3. The facts contained in this affidavit are based on both my own investigation and facts that were related to me by other law enforcement officers and witnesses, either personally or by their reports.

4. I have set forth only the facts I believe are necessary to establish probable cause to believe that BALLARD violated Title 21 U.S.C. 841(a)(1), by possessing with intent to distribute MDMA (aka Ectasy or methyldioxy methamphetamine), which is a Schedule II controlled substance.

## PROBABLE CAUSE

5. On March 23, 2005, San Francisco Police Officers were conducting surveillance on 372 Harvard Street, San Francisco, CA. At approximately 1300 hours, Officers observed MICHAEL BALLARD exit 372 Harvard Street carrying items that included a US Postal priority mail box and enter a 2001, White Lexus, plate #4SUZ544. The officers followed BALLARD and maintained constant surveillance on him. They followed BALLARD to 9th Street and Bryant Street at the Trader Joe's parking lot, where he was approached by the officers at his vehicle.

6. Officers asked BALLARD if he had any narcotics or MDMA on him, to which he replied no. BALLARD was then asked what was located within the US Postal priority box that was located in his vehicle, to which he replied that the box contained CD's that he was sending to a friend in Hawaii.

7. Officers explained to BALLARD that they had a state warrant to search his person, vehicle, and residence and then they showed him a copy of the warrant. BALLARD was detained pending the execution of the search warrant. Officers conducted a search of the 2001 White Lexus and located a US Postal priority mail box containing approximately 81 tablets of MDMA found within a pill bottle.

8. Officers then responded to 372 Harvard Street, with BALLARD, to execute the search warrant on BALLARD's residence. BALLARD was asked whether he had any other MDMA or illegal drugs in the apartment and he replied that he had approximately 500 MDMA pills in a lock box located within his closet. BALLARD stated that the keys to the lockbox where in his green jacket located in the closet. BALLARD was then asked how long he had been selling MDMA, to which he replied for the past three years. BALLARD added that he had customers in Hawaii, Chicago, and various locations in California.

9. Officers found the key to the safe in BALLARD's green jacket, as well as 60 tabs of MDMA. Officers then opened the safe that was located in the closet. The safe was found to contain approximately 435 tablets of MDMA, multiple plastic bags for packaging, multiple credit cards in BALLARD's name, $180 in US currency and GHB (aka Date Rape Drug or gamma hydroxybutyric acid). Officers found pill bottles at the residence that were consistent with the bottles located within the US Postal priority box, $3000 in US currency that was located in a blanket on the bedroom shelf, bank statements that had BALLARD's name and the 372 Harvard address, as well as a rental agreement for 372 Harvard with BALLARD's name.

10. During the search, officers also discovered 14 sheets of pre-printed address labels with a return address of CD Record Rack, 1675 Market Street, San Francisco, CA. Listed on the labels as suite numbers were 100 and 1000 as well as zip codes 94114 and 94165. These labels had printed addresses going to various locations including Hawaii, Southern California, and Chicago, Illinois.

## CONCLUSION

11. Based upon the above facts and my experience, I believe that probable cause exists that MICHAEL BALLARD did knowingly or intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance in violation of Title 21 U.S.C. Section 841(a)(1). Therefore, I respectfully request that an arrest warrant be issued for MICHAEL BALLARD.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Samuel A. Bracken
US Postal Inspector

Subscribed and sworn to me this _1_ day of June, 2005

Maria Elena James, United States Magistrate Judge