1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: (415) 436-7065
7    FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 3-05-70379-MEJ
                                       )
15          Plaintiff,                 )
                                       )   [PROPOSED] ORDER EXCLUDING
16      v.                             )   TIME UNDER THE SPEEDY TRIAL ACT
                                       )
17  MICHAEL BALLARD,                   )
                                       )
18          Defendant.                 )
                                       )
19  _____)

20          This matter came on the calendar of the Honorable Nandor J. Vadas on June 29, 2005. At

21  the parties' request, the Court continued the matter until July 28, 2005 for preliminary hearing or

22  arraignment. The defendant had previously agreed to an extension of time for the preliminary

23  hearing under Federal Rule of Criminal Procedure 5.1(d).

24          The parties requested a continuation of the Rule 5.1(d) extension of time up to the 30-day

25  limit for indictment set by the Speedy Trial Act, 18 U.S.C. § 3161(b), which, in this case, would

26  expire on July 2, 2005, and an exclusion of time under the Speedy Trial Act from July 2 through

27  July 28, 2005 based upon the need for effective preparation of counsel. The government is in the

28  process of providing additional discovery to the defense and the parties are engaged in

ORDER EXCLUDING TIME
No. CR 3-05-70379-MEJ

FILED

05 JUL -5  PM 1: 37

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   discussions which might lead to pre-indictment resolution of this case.  Therefore, the parties are

2   requesting an extension of time under Rule 5.1(d) and a subsequent exclusion of time under the

3   Speedy Trial Act.  The parties agree that the time from June 29 through July 2, 2005 should be

4   extended under Rule 5.1(d) and that the time from July 2 through July 28, 2005 should be

5   excluded in computing the time within which trial shall commence.  See 18 U.S.C. §

6   3161(h)(8)(A) and (B)(iv).

7         Accordingly, the Court HEREBY ORDERS that the time from June 29 through July 2,

8   2005 is extended under Rule 5.1(d) and that the time from July 2 through July 28, 2005 is

9   excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure to grant

10   the requested exclusion would deny the defendant reasonable time necessary for effective

11   preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §

12   3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the requested

13   exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the

14   prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore

15   concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

16   SO ORDERED.

17

18   DATED:  6-30-05

19                                         HONORABLE NANDOR J. VADAS
                                          UNITED STATES MAGISTRATE JUDGE

20

21   Approved as to form:                   MARIA-ELENA JAMES

22

23   BARRY PORTMAN, ESQ.
     Federal Public Defender
24   Attorney for Defendant

25

26   MONICA FERNANDEZ
     Assistant United States Attorney
27

28