FILED

AUG 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BALLARD,<br><br>Defendant. | No: CR 05-70379 MAG<br><br>ORDER |

Good cause appearing and upon the stipulated request of the parties, the Court finds the ends of justice outweigh the interest of the public and the defendant in the filing of an indictment within 30 days of arrest because of the need of continuity of counsel and the resolution of the case. Therefore, the period from June 29, 2005 to September 16, 2005 shall be excluded from Speedy Trial Act calculations.

It is so ORDERED.

Dated: 17 Aug 05

Bernard Zimmerman
United States Magistrate Judge

ORDER                                   1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA et al, | Case Number: 3-05-70379 BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| Michael Ballard, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barry Portman, Esq.
Federal Public Defender's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Monica Fernandez, Esq.
U.S. Attorney's Office
450 Golden Gate Ave. 10th Fl.
San Francisco, CA 94102

Dated: August 19, 2005

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk