1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7065
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,         )   No. CR 3-05-70379-MEJ
                                      )
15         Plaintiff,                 )   [PROPOSED] ORDER EXCLUDING
                                      )   TIME UNDER THE SPEEDY TRIAL ACT
16     v.                             )
                                      )
17  MICHAEL BALLARD,                  )
                                      )
18         Defendant.                 )
                                      )
19  _____ )

20         This matter came on the calendar of the Honorable Joseph C. Spero on September 16,

21  2005. At the parties' request, the Court continued the matter until October 7, 2005 for

22  preliminary hearing or arraignment. The defendant had previously agreed to an extension of time

23  for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of

24  time under the Speedy Trial Act.

25         The parties requested a continuation of the Rule 5.1(d) extension of time and an exclusion

26  of time under the Speedy Trial Act from September 16 through October 7, 2005 based upon the

27  need for effective preparation of counsel and continuity of counsel. The government is in the

28  process of receiving some additional information from the defense and the parties are engaged in

ORDER EXCLUDING TIME
No. CR 3-05-70379-MEJ

| | |
|---|---|
| 1 | discussions which appear likely to lead to pre-indictment resolution of this case. Therefore, the |
| 2 | parties are requesting an extension of time under Rule 5.1(d) and an exclusion of time under the |
| 3 | Speedy Trial Act. The parties agree that the time from September 16 through October 7, 2005 |
| 4 | should be extended under Rule 5.1(d) and excluded in computing the time within which an |
| 5 | information or indictment must be filed. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). |
| 6 | Accordingly, the Court HEREBY ORDERS that the time from September 16 through |
| 7 | October 7, 2005 is extended under Rule 5.1(d) and excluded under the Speedy Trial Act, 18 |
| 8 | U.S.C. § 3161. The Court finds that the failure to grant the requested exclusion would deny the |
| 9 | defendant's counsel and the government's counsel reasonable time necessary for effective |
| 10 | preparation, taking into account the exercise of due diligence. See 18 U.S.C. § |
| 11 | 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested |
| 12 | exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the |
| 13 | prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore |
| 14 | concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A). |
| 15 | SO ORDERED. |
| 16 | |
| 17 | DATED:  9/22/05 |
| 18 | HONORABLE JOSEPH C. SPERO<br>UNITED STATES MAGISTRATE JUDGE |
| 19 | Approved as to form: |
| 20 | |
| 21 | /s/ Barry Portman<br>BARRY PORTMAN, ESQ. |
| 22 | Federal Public Defender<br>Attorney for Defendant |
| 23 | |
| 24 | |
| 25 | /s/ Monica Fernandez<br>MONICA FERNANDEZ |
| 26 | Assistant United States Attorney |
| 27 | |
| 28 | |

ORDER EXCLUDING TIME
No. CR 3-05-70379-MEJ                             2